render a different verdict or inflict lesser punishment than the original jury.

We fail to see how such theory would find application here. As we see it, a jury which heard of the appellant's father's efforts to thwart the orderly processes of justice would be inclined to inflict a more severe punishment, and this itself would be unjust because the appellant himself was not shown to be a party to this revolting business.

Our form of government is predicated upon the hypothesis that all its citizens will tell the truth when under oath, both in and out of court, and all law abiding citizens become nauseated at any effort to prostitute the sanctity of that oath.

The judgment is affirmed.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., Dallas, George P. Blackburn, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Attempt to commit burglary is the offense, with punishment assessed at four years' confinement in the penitentiary.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.